# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-277 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| GLENN KING, JR., | |
| Defendant(s). | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant King which was referred to the Magistrate Judge with the consent of the parties.

On April 29, 2021, the Government filed a 22 count Indictment, charging Defendant in Counts 1, 12, and 20, with Conspiracy to Commit Access Device Fraud, Access Devise Fraud, and Aggravated Identity Theft, in violation of Title 18 U.S.C. §§ 1029(b)(2), 1029(a)(2), and 1028A(a)(1). Defendant King was arraigned on September 9, 2021, and entered a plea of not guilty to Counts 1, 12, and 20 of the Indictment before this Court. On May 5, 2022, Magistrate Judge Thomas M. Parker received Defendant King's plea of guilty to Count 20 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant King is found to be competent to enter a plea and to understand his constitutional rights. He is aware

of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Glenn King, Jr. is adjudged guilty of Count 20 of the Indictment, Aggravated Identity Theft, in violation of Title 18 U.S.C. § 1028A(a)(1). This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report. Sentencing will take place on August 18, 2022 at 10:00 a.m. via video conference.

IT IS SO ORDERED.

    *s/Dan Aaron Polster    8/10/2022*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE